## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

JOHN BRAVATA,

        Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,
UNCLAIMED PROPERTY,

        Garnishee.

_____/

Case No.: 2:25-mc-50631
Hon. Matthew F. Leitman

F I L E D
JUL 09 2025
CLERK'S OFFICE
DETROIT

### ANSWER OF THE GARNISHEE

I, __Laura Herrin__, the __Unclaimed Property Departmental Manager__ of Garnishee,
    (name)               (title)

MICHIGAN DEPARTMENT OF TREASURY UNCLAIME, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[____] An individual doing business in the name of _____,

[____] A partnership, [____] LP, [____] LLP, or LLC,

[____] A corporation, organized under the laws of the State of _____,

[____] An executor or personal representative of an estate in the County of

_____, State of _____,

[ x ] Other: __State of Michigan Dept of Treasury - Custodian of Unclaimed Funds__

On ___6/18/2025___, Garnishee was served with a Writ of Garnishment.
(date)

At the time Garnishee was served with the Writ, Garnishee had in its possession

or control, the following property of the Judgment Debtor:

**\*\*SEE SECTION C** of attached claim form for property details\*\*

**1. Financial Accounts:**      Total of funds held: **$1,454.40**

**Account 1**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 2**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 3**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**

Box No.: _____**N/A**_____
Last accessed: _____
Owner(s) other than Judgment Debtor: _____
_____

**3. Real Property located at:**
_____**N/A**_____
_____

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
_____**N/A**_____
_____

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [____] Yes or [ X ] No**

If the answer is yes, describe below (include case number, state, county):
_____

**DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

**6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [＿＿] Yes or [ X ] No**

If the answer is yes, describe below (include any case number, state; county):

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Other details: _____

_____

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

Check and complete the applicable line below:

[＿＿] Garnishee has the following objection(s), defense(s), or set-off(s):

[＿＿] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment

Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) JOHN BRAVATA, at: Inmate #65565-053
FCI Ashland, PO Box 6001
Ashland, KY 41105

(2) [_____] by electronic filing or [ X ] by first-class mail to the Clerk, U.S.

District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [_____] by electric filing or [ X ] by first-class mail to the attorney for the

United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W.

Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the

foregoing is true and correct.

Executed this ___30TH___ day of _____June_____, 20_25_.

Laura J Herrin
Digitally signed by: Laura J Herrin
DN: CN = Laura J Herrin email = HerrinL@michigan.gov C = US O = MI Dept of Treasury OU = Unclaimed Property
Date: 2025.06.30 14:52:04 -04'00'
(Signature)

Laura Herrin
(Print Name)

Title __MI Dept of Treasury Unclaimed Property Departmental Manager__

Address _____PO Box 30756_____

City, State, Zip _____Lansing, MI  48909_____

Telephone and Fax Number __517-636-6940__

Email _____TreasUPD@Michigan.gov_____

## *Notary Public Section*

STATE OF _____ §

COUNTY OF _____ §

The foregoing was SUBSCRIBED AND SWORN TO before me on this ____ day of _____, 202___, by _____.

*[Name of Affiant]*

_____

*[Seal]*                                                    *Notary Public*

My commission expires: _____.

---

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/30/2025___.

*[Date]*

**Laura J Herrin**

Digitally signed by: Laura J Herrin
DN: CN = Laura J Herrin email =
HerrinL@michigan.gov C = US O
= MI Dept of Treasury OU =
Unclaimed Property
Date: 2025.06.30 14:52:34
-04'00'

_____

*[Signature]*

---

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____.

*[Date]*

_____

*[Signature]*

5634 (REV.11-24)





**Claim ID: 4210711**

State of Michigan
**DEPARTMENT OF TREASURY**
**LANSING**

**GRETCHEN WHITMER**
GOVERNOR

**RACHAEL EUBANKS**
STATE TREASURER

UNITED STATES OF AMERICA
%CLERK(EDMI) #11CR20314 01
231 W LAFAYETTE BLVD
DETROIT, MI 48226-2700

June 30, 2025

**Please allow up to 90 days for your information to be reviewed.**

### A. Claimant Information

Current Legal Name if different than above:

Current Mailing Address if different than above:

| Claimant SSN / EIN | Owner SSN / EIN | Daytime Phone ( ) - | Email Address stephen.swirple@usdoj.gov |
|---|---|---|---|

### B. Documentation Required - All documents must be LEGIBLE copies. If they are not LEGIBLE, you will be required to provide clear copies.

- **Documentation**     Please provide documentation verifying the funds are to be paid to the United States of America (Garnishee Order to Pay).

### C. Property Information

| Owner | Company/Security Name | Type of Property | Property ID | Reported Date | Value |
|---|---|---|---|---|---|
| BRAVATA JOHN JOSEPH MUGMA | OLD KENT BANK-MACOMB | SC01: DIVIDENDS | 1972681 | 11/04/1992 | Cash: $ 26.84 |
| BRAVATA JOANN P<br><br>BRAVATA JOHN J | DTE ENERGY COMPANY | SC01: DIVIDENDS | 4743154 | 12/30/1998 | Cash: $ 794.78 |
| BRAVATA JOHN JOSEPH | LIVINGSTON COUNTY TREASURER | CK05: DRAFTS | 12719084 | 10/29/2010 | Cash: $ 41.00 |
| BRAVATA JOHN | FIRST PREMIER BANK | MS11: REFUNDS DUE | 13641393 | 06/24/2011 | Cash: $ 6.00 |
| BRAVATA JOHN | FIRST PREMIER BANK | MS11: REFUNDS DUE | 13641394 | 06/24/2011 | Cash: $ 6.00 |
| BRAVATA JOHN | AT&T SERVICES INC | MS11: REFUNDS DUE | 13956049 | 07/05/2011 | Cash: $ 111.75 |
| BRAVATA JOHN J | UMB BANK NA | HS01: HEALTH SAVINGS ACCOUNT | 16696683 | 06/28/2013 | Cash: $ 71.44 |
| BRAVATA JOHN | CHARLES SCHWAB BANK | AC01: CHECKING ACCOUNTS | 17204799 | 06/20/2014 | Cash: $ 0.01 |
| BRAVATA JOHN | FIRST AMERICAN TITLE COMPANY | TR04: ESCROW ACCOUNTS | 17418629 | 06/23/2014 | Cash: $ 366.58 |
| JOHN BRAVATA | COMENITY BANK | MS11: REFUNDS DUE | 31991518 | 06/16/2025 | Cash: $ 30.00 |

Michigan Unclaimed Property

Claim ID: 4210711

*Property Information continued........*

| | Est. Cash: | $1,454.40 |
|---|---|---|

**Grand Total of Property**

## D. Tangible Information

### No Tangible Property Claimed

## E. Affidavit

Under penalties of perjury, I certify that the information provided on this claim form is true, and all supporting documents presented are either original or true, unaltered copies of the original documents. Upon payment of this claim, said claimant will indemnify and hold harmless the State of Michigan, its Officers and Employees from any damages, claims or losses of any kind resulting in payment of properties included in this claim. If, at a later date, any other party should have legal claim to these funds, claimant will be responsible for their reimbursement.

_____
Claimant Signature

_____
Date

_____
Name (type or print)

_____
2nd Claimant Signature (Joint Accounts)

_____
Date

_____
Name (type or print)

## Final Instructions

Upload a copy of this completed claim form, along with the documentation requested in Section B, via our secure website at https://unclaimedproperty.michigan.gov/app/claim-doc-upload.

If you are unable to upload your documents, you may mail them to our office at the address listed below. Please note, mailing your documents will lengthen the processing time. Send photocopies of all documents unless you are specifically directed to provide an original; what you submit will not be returned to you.

Michigan Department of Treasury
Unclaimed Property
P.O. Box 30756
Lansing, MI 48909

You can check https://unclaimedproperty.michigan.gov/app/claim-status-search for updates to your claim status.

In case of any questions, contact us at (517) 636-5320, Monday through Friday, 9am to 2pm.

Case 2:25-mc-50631-MFL   ECF No. 4,   PageID.31   Filed 07/09/25   Page 8 of 8

69 (3-00)

**MICHIGAN DEPARTMENT OF TREASURY**
**LANSING, MI 48922**

FIRST-CLASS



US POSTAGE **PITNEY BOWES**

ZIP 48913   **$ 000.69⁰**
02 7W
0008033348 JUL 03 2025

U.S. MARSHALS

RECEIVED
JUL 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court Clerk
Theodore Levin US Courthouse
231 W Lafayette Blvd Room 599
Detroit, MI 48226

4822632794 C052