UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 25-cv-50631

v.                               Hon. Matthew F. Leitman

JOHN JOSEPH BRAVATA,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR HEARING (ECF No. 5) AND GRANTING GOVERNMENT'S REQUEST FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT (ECF No. 1)

On June 12, 2026, the Court held a hearing on Defendant John Joseph Bravata's Motion for a Hearing (ECF No. 1). In that Motion, Bravata requested an evidentiary hearing in connection with a garnishment served by the government on the State of Michigan, Department of Treasury. For the reasons stated on the record, Bravata's Motion and request for an evidentiary hearing are **DENIED**. As further explained on the record, the Court will enter an order, to be submitted by the Government, directing the Michigan Department of the Treasury to transfer funds pursuant to the garnishment.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126